AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

| | |
|---|---|
| JAMIE M. TRACY<br><br>Plaintiff<br><br>v.<br><br>YOUTH HEALTH ASSOCIATES, INC.<br><br>Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 1:20-cv-088-DBP |

IT IS ORDERED AND ADJUDGED

that this action is dismissed.

April 22, 2022
*Date*

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge